UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

ROBERTA COHN,

        Plaintiff,

v.

WILLIAM ZIEGLER, et al.,

        Defendants.

No. C 13-4177 JSC

**ORDER RE: ATTENDANCE AT MEDIATION**

Date: January 24, 2014
Mediator: Linda Joy Kattwinkel

    IT IS HEREBY ORDERED that the request to excuse the representatives of defendants Gypsy Rose, Skeye Wholesale, Inc. and AFG Distribution, Inc. from appearing in person at the January 24, 2014, mediation before Linda Joy Kattwinkel is GRANTED.  The representatives shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

January 14, 2014      By: _____
Dated                                         Maria-Elena James
                                                        United States Magistrate Judge